CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 16 2011

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEFFREY E. WHITEBEY, | ) CASE NO. 7:11CV00105 |
| | ) |
| Plaintiff, | ) |
| | ) FINAL ORDER |
| vs. | ) |
| | ) |
| | ) |
| R. A. SARRGE, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant(s). | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Plaintiff's motions to amend (ECF Nos. 29 and 37), which the court construes as amendments to plaintiff's response to defendants' summary judgment motion, are **GRANTED**;

2. For the reasons stated in the memorandum opinion, defendants' motion for summary judgment is **GRANTED** as to plaintiff's claims under the Fourth Amendment;

3. With the exception of the Fourth Amendment claims, plaintiff's other intended claims under federal law are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state any actionable claim;

4. Plaintiff's intended claims under state law are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c);

5. For reasons stated in Footnote 13 of the memorandum opinion, the clerk is **DIRECTED** to remove from Case No. 7:10CV00150 the plaintiff's recent request for production of documents (ECF No. 24) and to docket it as such in this pending case, Case No. 7:11CV00105; but in light of the court's decision to grant summary judgment for the defendants,

this request for discovery and plaintiff's motion for appointment of counsel are **DISMISSED** as moot; and

    6. This action is stricken from the active docket of the court.

**ENTER**: This 15th day of December, 2011.

                                                Chief United States District Judge